UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>William Edmondson</u>

    v.                                  No. 05-fp-445

<u>NH Department of Corrections, Commissioner, et al.</u>

**O R D E R**

Plaintiff's request to proceed <u>in forma pauperis</u> is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $12.00 is due no later than January 20, 2006.  In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the New Hampshire State Prison when the amount in the account exceeds $10.00 until the sum of $250.00 has been paid.  Failure to pay the fee as ordered will result in dismissal of the action without prejudice.  In all other respects plaintiff's request for <u>in forma pauperis</u> has been granted.

This case has been assigned civil number 05-cv-445-JD.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: December 20, 2005

cc:    William Edmondson, *pro se*
       Bonnie S. Reed, Financial Administrator
       New Hampshire State Prison, Inmate Accounts