**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>William Edmondson</u>

    v.                                                Civil No. 05-cv-445-JD

<u>Steven Curry, et al.</u>

**O R D E R**

A hearing on the motion for preliminary injunction will be held on February 23, 2006 at 10:00 a.m.  Defendants are to be served by forwarding a copy of the complaint and the motion by mail to the New Hampshire Attorney General.

Defendant is ordered to produce the following employees:

    1.   Hal MacAlister;

    2.   Ed Redmond;

    3.   Steve Nelson;

    4.   Bob McGrath;

    5.   Ronald M. Converse; and

    6.   Judy Mann.[1]

Witnesses will be sequestered until they have testified.

---

[1] The first five were requested by the plaintiff.  Ms. Mann is to appear to testify about her compliance/lack of compliance with the court's prior "no retaliation" order.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: February 13, 2006

cc:   William Edmondson, *pro se*