UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>William Edmondson</u>

       v.                Civil No. 05-cv-445-JD

<u>NH Department of Corrections, Commissioner, et al.</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated April 3, 2006, no objection having been filed.

    SO ORDERED.


April 25, 2006                      <u>/s/ Joseph A. DiClerico, Jr.</u>
                                          Joseph A. DiClerico, Jr.
                                          United States District Judge


cc:    William Edmondson, pro se
        Mary Maloney, Esq.