**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>William Edmondson</u>

    v.                                  Civil No. 05-cv-445-JD

<u>NH Department of Corrections,
Commissioner, et al.</u>

**O R D E R**

Plaintiff seeks a clarification of what he perceived as a bench order on February 24, 2006. Attached is a "rough draft" but correct transcript of the portion of the hearing sought to be clarified. The transcript is clear.

Granted (document no. 26) in part.

**SO ORDERED.**

                                          /s/ James R. Muirhead
                                          James R. Muirhead
                                          United States Magistrate Judge

Date: June 2, 2006

cc:    William Edmondson, *pro se*
        Mary E. Maloney, Esq.