```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

William Edmondson

    v.                                Civil No. 05-cv-445-JD

NH Department of Corrections,
Commissioner, et al.


### ORDER

    Re:  Document No. 37, <u>Motion For Stay Pending Service of Answer</u>

    Ruling: **DENIED.**  Where, as here, one of the defendants controls whether plaintiff gets his mail and claims it never got a copy from defense counsel, it is incumbent on the state to make sure prisoners get mail from the AG's office.  This is the second instance in six months where the prison denies getting mail from the AG's office for a prisoner which suggests that the AG's office might double check that its administrative staff is in fact sending hard copies to prisoners when it makes ECF filings.

                                         _____
                                         James R. Muirhead
                                         U.S. Magistrate Judge

Date: June 27, 2006

cc:    Mary E. Maloney, Esq.
       William Edmondson, pro se