UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>William Edmondson</u>

       v.                      05-cv-445-JD

<u>NH Department of Corrections, Commissioner, et al.</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated September 19, 2006.

SO ORDERED.

October 11, 2006             <u>/s/ Joseph A. DiClerico, Jr.</u>
                                                   Joseph A. DiClerico, Jr.
                                                   United States District Judge


cc:    William Edmondson, pro se
       Mary Maloney, Esq.